## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE   Robert M. Levy                        DATE :   12/15/15

DOCKET NUMBER :   15-780M                        LOG #   2:38 - 2:40

DEFT NAME :   **Clint Calero**                ATTY:   **James Roth**
     ✓Present__ Not Present__Custody ✓Bail        __ Federal Defender   ✓CJA   __ Ret

DEFT NAME :   **Edward Estanol**            ATTY:   **Joyce David**
     ✓Present__ Not Present__Custody ✓Bail        __ Federal Defender   ✓CJA   __ Ret

DEFT NAME :                                ATTY:
     __Present__ Not Present__Custody__Bail        __ Federal Defender   __ CJA   __ Ret

A.U.S.A. :   **Tyler Smith**                DEPUTY CLERK :   **Felix Chin**

INTERPRETER :                                (Language)

_____ Hearing held.   _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type____   Start 12/18/15 Stop 1/29/16

____ Order of Speedy Trial entered.   Code Type____   Start____ Stop____

____ Defendants' first appearance.   ____ Defendants arraigned on the indictment.

____ Defendants informed of rights.

____ All defendants entered NOT GUILTY PLEA to ALL counts of the indictment.

____ Defendant failed to appear, bench warrant issued.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS :